**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
CARLOS POLANCO, JR.,

                      Plaintiff,                     19 **CIVIL** 5011 (PGG)(OTW)

         -v-                                    **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,
                       Defendant.
-------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated September 11, 2020, that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings to give the plaintiff another opportunity to present the ALJ with evidence explaining why he was unable to attend the hearing scheduled for March 19, 2019.

**Dated:**  New York, New York
          September 11, 2020

                                                      **RUBY J. KRAJICK**
                                                      _____
                                                       **Clerk of Court**
                       **BY:**     _K. Mango_____
                                                          **Deputy Clerk**